

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00178-CV

---

THE LUBBOCK INDEPENDENT SCHOOL DISTRICT, APPELLANT

V.

FIRST SPECIALTY INSURANCE CORPORATION N/K/A SWISS RE CORPORATE
SOLUTIONS CAPACITY INSURANCE CORPORATION, APPELLEE

---

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2022-CV-0909, Honorable William C. Sowder, Presiding

---

January 3, 2025

## MEMORANDUM OPINION

### Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, the Lubbock Independent School District, appeals from the trial court's *Order Granting Defendant Swiss Re Corporate Solutions Capacity Insurance Corporation's Motion to Dismiss Pursuant to a Mandatory Forum-Selection Clause.* Now pending before this Court is the parties' "Joint Motion to Dismiss Appeal and Remand for Entry of Dismissal with Prejudice." Therein, the parties request that this Court "dismiss this appeal with prejudice and remand the case to the trial court with instructions to enter

an order of dismissal with prejudice pursuant to the terms of the Parties' settlement agreement." We construe the motion as requesting relief pursuant to Rule of Appellate Procedure 42.1(a)(2)(B) and grant the motion.

Accordingly, we set aside the judgment of the trial court, without regard to the merits, and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement. As requested by the parties, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

Per Curiam